# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

131663(52)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RITA L. ALTON,
      Plaintiff-Appellant,

v

SC: 131663
COA: 263743
Genesee CC: 04-079690-NZ

LARRY G. ALTON,
      Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's November 13, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and WEAVER, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

d0220